UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IN RE DANIEL ARELLANO,     ) Case No. CV 10-3505-PA(RC)
                           )
            Petitioner.    )
                           ) JUDGMENT
                           )
                           )
_____)

Pursuant to the Opinion and Order,

IT IS ADJUDGED that the action is SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: May 13, 2010

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

R&R-MDO\10-3505.jud
5/12/10